# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-293
_____

NATHANIEL STEWART,

Appellant,

v.

STATE OF FLORIDA, DEPT. OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

March 29, 2019

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Nathaniel Stewart, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.